[No. 7,530—Department One.]
March 27, 1882.

## ANTONIO TROBOCK *v.* WOLF CARO.

Lease—Illegal Consideration—Finding.—In an action for rent, the defendant pleaded that the premises were let to him for the purpose of being used as houses of prostitution, with the knowledge and consent of the plaintiff, but the Court found to the contrary. *Held:* The evidence sustains the finding.

Appeal from a judgment for the plaintiff and from an order denying a new trial in the Superior Court of the City and County of San Francisco. Latimer, J.

*Rosenbaum & Scheeline,* for Appellant.

*N. B. Mulville,* for Respondent.

The Court:

This was an action brought to recover rent due for three months of the year 1879, upon a lease of certain premises in the City and County of San Francisco. The defense was that the lease was void, because the premises were let for an illegal purpose. But the Court found that they were not let for an illegal purpose. Even if there were a conflict of evidence the finding would not be disturbed; but the evidence in the record fully sustains the finding.

Judgment and order affirmed.